# First District Court of Appeal
## State of Florida

_____

No. 1D18-545

_____

FLORIDA INVESTORS CAPITAL,
LLC,

    Appellant,

    v.

UNITED SECURITY FINANCIAL
CORP.,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

November 28, 2018

PER CURIAM.

    AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ivan D. Ivanov of The Ivanov Law Firm, P.A., Tampa, for Appellant.

Anthony R. Smith and Matthew R. Feluren of Sirote & Permutt, P.C., Fort Lauderdale, for Appellee United Security Financial Corp.